Atilana Y. TAMPOC, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7022.

United States Court of Appeals,
Federal Circuit.

June 22, 2006.

*ORDER*

Atilana Y. Tampoc moves without opposition for reconsideration of the court's June 1, 2006 order dismissing the appeal for failure to file the appendix and for leave to file the appendix out of time.

Tampoc submits the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the dismissal order is vacated, and the mandate is recalled.

Ramon L. BERNABE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2006–3200.

United States Court of Appeals,
Federal Circuit.

June 22, 2006.

Ramon L. Bernabe, pro se.

*ORDER*

Ramon L. Bemabe moves for reconsideration of the court's May 4, 2006 order dismissing his petition for review for failure to file the Fed. Cir. R. 15(c) statement concerning discrimination, with a completed Rule 15(c) statement attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) The Office of Personnel Management's brief is due within 21 days of the date of filing of this order.